IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-cr-00209 (BAH) |
| v. | : | |
| **DUSTIN RAY WILLIAMS,** | : | |
| Defendant. | : | |

**JOINT MOTION TO EXTENSION OF TIME
TO FILE THE JOINT PRETRIAL STATEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Dustin Ray Williams, through his attorney, respectfully move the Court for an extension until July 12, 2024, to file their Joint Pretrial Statement as required in Standing Order paragraph 10. The Joint Pretrial Statement is currently required to be filed on July 8, 2024. In support thereof, the defendant has filed his notice of intent to enter a plea of guilty, and a change of plea hearing is now scheduled for July 11, 2024, at 9:00 a.m. The parties have filed a joint status report in anticipation of that change of plea as required by the Court's Minute Order dated June 27, 2024.

Respectfully submitted,

DUSTIN WILLIAMS

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Kyle Wackenheim
KYLE WACKENHEIM, OBA No. 30760
Assistant Federal Public Defender
Office of the Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee  Suite 109
Oklahoma City, Oklahoma 73102
kyle_wackenheim@fd.org

/s/ Craig Estes
Craig Estes, BBO #670370
Assistant United States Attorney
Capitol Siege Section (detailee)
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
craig.estes@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 2nd day of July, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                  /s/ *Craig Estes*
                                                  Craig Estes
                                                  Assistant U.S. Attorney (detailee)