CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No.: 24-cr-00209 (BAH) |
| vs. ) | |
| ) | |
| DUSTIN RAY WILLIAMS ) | |
| ) | |

**FILED**
JUL 1 1 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____    Date: July 11, 2024
Hon. Beryl A. Howell
United States District Judge