T.J. Turk
███████████████ San Angelo, Texas 76904
325-792-8529
tjturk76@gmail.com

The Honorable Judge Howell
Court Name: U.S. District Court for the District of Columbia
Court Address: 333 Constitution Avenue N.W. Washington D.C. 20001

09/19/2024

Re: Character Reference for Dustin Williams

**Dear Judge Howell,**

I am writing to provide a character reference for Dustin Williams, who is my best friend and whom I have known for 25 years. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Dustin Williams demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Dustin Williams has always been a person of high moral character, displaying honesty and truthfulness in all his interactions. Dustin Williams has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.

I would like to share a few short examples that I believe exemplify Dustin's true character. When we were in high school Dustin's girlfriend became pregnant and gave birth to their daughter Rayleigh. Instead of avoiding responsibility, Dustin took on this responsibility and worked part-time jobs to help support her, while still excelling academically and in extracurricular activities. After high school, Dustin, responding to a sense of duty to serve his country, enlisted in the military and fought for our country overseas in the Middle East.

When he returned home he started his own concrete business, while starting a new family. During this time, our high school science teacher, Mr. Popnnoe, who Dustin was very close to, had a devastating stroke and required live-in, around-the-clock care. Dustin picked up his new wife and young son and moved in with Mr. Popnoe so that he was taken care of by people who loved him until he passed away a few years later.

Dustin is a true humanitarian who cares for those around him, even strangers. One time I was riding with Dustin when we passed a homeless man on the side of the road. Dustin pulled the truck over and took the man to a restaurant where we had lunch and learned about the man's life. After lunch, Dustin took the man to his house, let him shower, and gave him several new pairs of clothes. I'll never forget the true generosity of spirit that Dustin showed that day.

Exhibit 1 - Letters of Support
Page 1 of 4

Based on my knowledge of Dustin Williams, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature. I genuinely believe that Dustin Williams is a person of integrity who made a mistake and is deeply remorseful for the consequences it has caused.

I kindly request the court's consideration of Dustin Williams's overall character and previous contributions to society. I am confident that with appropriate guidance and support, he will continue to contribute to the community positively. I firmly believe that Dustin Williams deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Sincerely,

T.J. Turk

Exhibit 1 - Letters of Support
Page 2 of 4

Dear Honorable Judge Beryl Howell,

I have known Dustin Williams since the fall of 2013, when we met in the small town of Rochelle, Texas. We have worked together and spent a lot of time with each other's family and friends. He is an honest, sincere, thoughtful and hard-working person. Spending time with Dustin, a person can quickly discern that he has the characteristics I have described above. He is one of the most transparent guys I have ever met. He is who he is and there is no ego to his personality. I would also add that I spent almost twenty years working in civil rights and he is one of the few people I have met that has such a diverse array of relationships with people of different races, ethnicities and back grounds. He cares about the quality and content of a person's character, and nothing else.

I have gotten to know his daughter, Rayleigh, and his son, Liam, who Dustin treasures more than anything else in this world. I know Dustin deeply regrets being in Washington that day and that he is taking full personal responsibility for his actions. I know of all the regrets he has regarding this legal situation, letting his family and especially his kids down by his actions, and the fact they won't be able to see each other, nor will he be able to pay child support during his time in prison, hurts the worst. I wish you had the time to get to know him as I know you would see a person who is not a danger to others.

Sincerely,

Michael Minton

If you would like additional information regarding Dustin's character and life experiences, please feel free to call me at (512) 963-6358.

Exhibit 1 - Letters of Support
Page 3 of 4

Dear Judge Howell,

I met Dustin Williams in 2016, when he came to Austin to do some concrete work for my brother. Over the last 8 years I have spent time with him and gotten to know him well, as well as meeting and getting to know his two children, Liam and Rayleigh. Dustin is a caring person that is always willing to help anyone in need. He is also very hard working. He is dedicated to supporting his kids above all else. Dustin does not judge people by any means other than their character and how they treat others.

I know how much Dustin regrets his actions in Washington, and wishes he had never been there. Dustin has taken responsibility for his actions, and is prepared to accept your decision. I know that he will continue to work toward being the best person he can be, and a productive member of society over the period of his sentence. I hope that you will observe his basic decency and the qualities that many have seen in him, and offer some leniency in your judgment. I believe that Dustin will come out of this a better man, and will be a positive and productive member of our community.

Sincerely,

Roy Minton

Roy Minton
512-865-7845

Exhibit 1 - Letters of Support
Page 4 of 4