**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 24-cr-00209 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **DUSTIN RAY WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S NOTICE REGARDING LETTER TO COURT

The United States of America hereby gives notice of the attached letter to the Court which the undersigned Assistant U.S. Attorney received on November 20, 2024. The letter has been provided to counsel for Mr. Williams. In light of paragraph 14(d) of the Court's Standing Order for Criminal Cases (ECF #26), a copy of the letter filed as an attachment to this notice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Craig Estes
Craig Estes
Assistant United States Attorney
Capitol Siege Section (detailee)
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
craig.estes@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

On this 20th day of November, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:    <u>/s/ Craig Estes</u>
        Craig Estes
        Assistant United States Attorney